**Glenn S. COHEN, Appellant,**

v.

**BEACHSIDE TWO–I HOMEOWNERS'
ASSOCIATION; Fredrick R. Krietz-
man; Felhaber, Larson, Fenlon &
Vogt, a Professional Association; U.S.
Bancorp, doing business as U.S. Bank
Home Mortgage, Appellees.**

**No. 06–2997.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 3, 2008.

Filed: April 9, 2008.

Glenn S. Cohen, Tennent, NJ, pro se.

Christopher Gerald Angell, Thomas Ar-
thur Gilligan, Jr., Nicholas J. O'Connell,
Murnane & Brandt, St. Paul, MN, Thomas
L. Garrity, Stocco Law Offices, Edina,
MN, Sara Jeanne Lathrop, City Attorney's
Office, William Lawrence Davidson, Kim-
berly Fleming, Paul C. Peterson, Lind &
Jensen, Charles Nathan Nauen, Matthew
R. Salzwedel, David Joseph Zoll, Lock-
ridge & Grindal, Minneapolis, MN, for Ap-
pellees.

Before MURPHY, COLLOTON, and
SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Glenn S. Cohen appeals the district
court's [1] adverse grant of summary judg-
ment in his lawsuit brought under the Fair
Debt Collection Practices Act and state
law. Having conducted de novo review of
the record and the district court's con-
struction of state law, *see Cross v. Monett
R–I Bd. of Educ.*, 431 F.3d 606, 610 (8th
Cir.2005), we find no basis for reversal.
Accordingly, we affirm, *see* 8th Cir. R.
47B, but we modify the dismissal of the
breach-of-contract claims against Beach-
side Two–I Homeowners' Association to be
without prejudice, *see Labickas v. Ark.
State Univ.*, 78 F.3d 333, 334–35 (8th Cir.
1996) (per curiam).

---

1. The Honorable Ann D. Montgomery, United
States District Judge for the District of Minne-sota.